UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

HUBERT RAFAEL GRANADO
SOTO,

        Petitioner,

    v.                             Case No.:  2:26-cv-01953-SPC-KRH

WARDEN,

        Respondent.
_____/

**OPINION AND ORDER**

Before the Court is Hubert Rafael Granado Soto's Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241 (Doc. 1).  Granado Soto expresses fear of returning to his native country in an apparent effort to challenge the government's attempt to deport him.  But this Court is not the proper venue to bring fear-based immigration claims, like requests for asylum.  *See* 8 U.S.C. § 1158 (setting the procedures for asylum applications).  The writ of habeas corpus provides "a means of contesting the lawfulness of restraint and securing release."  *Dep't of Homeland Sec. v. Thuraissigiam*, 591 U.S. 103, 116 (2020).  Asylum and other types of relief from deportation fall "outside the scope of the common-law habeas writ."  *Id.* at 118.  Granado Soto's petition does not challenge the legality of his detention, so it does not state a ground for habeas relief.

Also, the petition does not identify a respondent. A habeas petitioner must state "the name of the person who has custody over him and by virtue of what claim or authority, if known." 28 U.S.C. § 2242. The immediate custodian—i.e., the warden of the detention facility—is normally the only proper respondent in a habeas action, but immigration detention is more complicated. *See Rumsfeld v. Padilla*, 542 U.S. 426, 435 n.8 (2004) (declining to decide whether the Attorney General is a proper respondent to a habeas action filed by an alien pending deportation); *see also Masingene v. Martin*, 424 F. Supp. 3d 1298, 1302 (S.D. Fla. 2020) (finding the director of ICE's local field office is a more appropriate respondent than the warden of a state-run detention facility).

The Court finds that Granado Soto is not entitled to habeas relief on any ground in his petition. Accordingly, the petition (Doc. 1) is **DISMISSED without prejudice**. Granado Soto may file an amended petition within **21 days** of this order. Otherwise, the Court will enter judgment and close this case without further notice.

**DONE AND ORDERED** in Fort Myers, Florida on June 17, 2026.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

SA: FTMP-1
Copies: All Parties or Record